86 A.3d 771

Troy BROWN, Appellant

v.

PA. DEPARTMENT OF CORRECTIONS, Appellee.

No. 6 WAP 2013.

Supreme Court of Pennsylvania.

Jan. 30, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of January, 2014, the above captioned appeal is quashed for failure to file a brief.